*February 13, 2017*

2017-Ohio-490.]

**2016–0680.   Hull Organization, L.L.C. v. Clermont Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2015–888. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand the appeal to the Board of Tax Appeals, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

*February 14, 2017*

2017-Ohio-507.]

**2016–0302.   State ex rel. Bennett v. Aldi, Inc.**

Franklin App. No. 14AP–632, 2016-Ohio-83. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of the application for dismissal of its appeal filed by the Industrial Commission of Ohio, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the clerk of the Court of Appeals for Franklin County.

**2017–0140.   Fed. Natl. Mtge. Assn. v. Jervis.**

Licking App. No. 16–CA–73. This cause is pending before the court as a jurisdictional appeal. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due February 10, 2017, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.